# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:

JOYCE A. FITZGERALD
DEBTOR(S)                                             CASE NO. 08-21060

### TRUSTEE'S REPORT AND
### RECOMMENDATION AS TO CONFIRMATION

*******************

Confirmation: Not recommended.
1. Wachovia Mortgage has filed claim 3 for mortgage arrearages in an amount higher than estimated which renders the plan non-feasible.

### CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the persons listed electronically or by mail, at the address indicated on July 28, 2008.

    /s/ Beverly M. Burden
Beverly M. Burden, Trustee
P O Box 2204
Lexington  KY 40588-2204
(859) 233-1527

CC:

Jayma Bagliore