# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### Covington Division

In re:

**Joyce A. Fitzgerald**                                                          Case No. 08-21060
                                                                                               Chapter 13

        Debtor.

## OBJECTION OF UNITED STATES TRUSTEE TO
## CLAIM OF WACHOVIA MORTGAGE [3-1]

Richard F. Clippard, United States Trustee, by counsel, objects to the claim of Wachovia Mortgage as follows:

### Notice

**Please take Notice that this Motion will be heard by the Court on October 14, 2008 at 10:00 a.m. in the U.S. Bankruptcy Courtroom, 35 W. 5th Street, Room 306, Covington, KY 41011.**

1. Jurisdiction is founded upon 28 U.S.C. § 1334. Venue is proper under 28 U.S.C. § 1409. This matter is a core proceeding. 28 U.S.C. § 157(b)(2)(B).

2. The United States Trustee has standing to object to this claim. 11 U.S.C. § 307.

3. Wachovia Mortgage has asserted a secured claim of $113,281.00 with an arrearage claim of $9,905.09.

4. Upon information and belief, the claim of $4,615.94 in foreclosure fees lacks appropriate documentation and is excessive.

WHEREFORE, the United States Trustee respectfully requests that its objection be sustained and the arrearage claim be reduced in accordance with this objection.

Dated: August 13, 2008

**Richard F. Clippard**
United States Trustee for Region 8
By Counsel

*/s/ John L. Daugherty*
John L. Daugherty
Assistant U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(859) 233-2822

Certificate of Service

This is to certify that this Objection was served electronically or by mailing a true copy, first class mail, postage prepaid to Jayma C. Bagliore, Attorney for the Debtor; Beverly Burden, Trustee; Wachovia Mortgage, P.O. Box 659558, San Antonio, TX 78265-9558 Attn: Bankruptcy Department, creditor and to all parties requesting electronic notice on this 13th day of August, 2008.

/s/ John L. Daugherty
John L. Daugherty