UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

JOYCE A FITZGERALD

DEBTOR(S)                                   CASE NO. 08-21060

## ORDER CONTINUING CONFIRMATION HEARING

The confirmation hearing is continued to 10:00 AM,

Tue Oct 14, 2008 in the U. S. Bankruptcy Courtroom,

U. S. Courtroom, 35 W 5th St., Rm. 306, 3rd Floor, Covington, KY.

If necessary, the debtor shall have FIFTEEN (15) days from the date of

this order in which to file amendments to the plan or schedules

or to take other action as may be necessary to have a confirmable

plan.

To be Entered:

/s/ Beverly M. Burden
Beverly M. Burden
Chapter 13 Trustee

Pursuant to Local Rule 9022-1(c), Beverly M. Burden shall cause a
copy of this order to be served on each of the parties designated
to receive this order pursuant to Local Rule 9022-1(a) and shall file
with the court a certificate of service of the order upon such
parties within ten (10) days hereof.

ORDER CONTINUING CONFIRMATION HEARING
08-21060


Copies to be Served on:

JOYCE A FITZGERALD

733 MEADOWWOOD DRIVE
CRESCENT SPRINGS KY 41017


BAGLIORE, JAYMA C
O'CONNOR ACCIANI & LEVY LLC
1014 VINE ST  2200 KROGER BLDG
CINCINNATI      OH 45202