UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.  08-21060 |
| JOYCE FITZGERALD | : | CHAPTER 13 |
| | : | JUDGE |
| DEBTOR | : | MOTION FOR VOLUNTARY |
| | | DISMISSAL |

   Comes now the debtor and respectfully asks the Court to voluntarily dismiss this case.  See 11 U.S.C. §1307(b).

          Respectfully submitted,


/s/Joyce Fitzgerald            /s/Jayma C. Bagliore
Joyce Fitzgerald               O'CONNOR, ACCIANI & LEVY LPA
Debtor                   Jayma C. Bagliore –82443
733 Meadowood Drive         Attorney for Debtor
Crescent Springs, KY 41017      1014 Vine Street
                     2200 Kroger Building
                     Cincinnati, OH  45202
                     (513) 241-1371

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application has been served by ordinary U.S. mail or electric means to the below listed parties on this <u>17th</u> day of <u>September,</u> 2008.


<u>/s/Jayma C. Bagliore</u>
Jayma C. Bagliore-82443
Attorney for Debtors


Beverly M. Burden
Chapter 13 Trustee
100 East Vine Street
Suite 500
Lexington, KY  40507

US Trustee
100 East Vine Street
Suite 803
Lexington, KY 40507

Joyce Fitzgerald
733 Meadowood Drive
Crescent Springs, KY 41017

American Honda Finance
PO Box 4115
Concord, CA 94524

Ande Chevrolet Inc.
c/o Credit Counsel Inc.
1400 Miami Gardens Drive
Miami, FL 33179

Blockbuster
1985 Dixie Highway
Covington, KY 41011

Credit Protection Association
13355 Noel Road
Dallas, TX 75240

Decision One
One South Executive Park

Suite 100
6060 J.A. Jones Drive
Charlotte, NC 28287

Duke Energy
PO Box 9001076
Louisville, KY 40290

Frederick Doepker Jr. MD
2701 Lincoln Avenue
Evansville, IN 47714

Robert A. Arnold
PO Box 76153
Newport, KY 41076

Sanitation District
PO Box 17600
104 S. Eaton Dr.
Covington, KY 41017-0600

Weltman, Weinberg & Reis
525 Vine Street
Suite 1020
Cincinnati, OH 45202

World Savings Bank
c/o Wachovia
PO Box 659558
San Antonio, TX 78265